**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | | CASE NO.  3:26-CR-00031-SRU |
| Plaintiff | : | |
| v. | : | |
| MICHAEL SIMES, | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO ADJOURN SENTENCING**

The Defendant, MICHAEL SIMES, hereby moves the Court to adjourn his sentencing hearing in this matter until late August or early September, 2026.  In support of this motion, the Defendant states as follows:

1. On March 9, 2026, Mr. Simes entered a plea to a three-count Information charging violations of 26 U.S.C. § 7203.

2. A sentencing hearing is currently scheduled for June 8, 2026, at 11:00 a.m.

3. Counsel for the government has been notified of Mr. Simes' request to adjourn the sentencing and he has indicated that the government does not object.

4. Mr. Simes seeks this adjournment to compile information necessary to complete the sentencing submissions, including to respond to questions from the U.S. Probation Officer.  Principally, Mr. Simes is in the process of a contested divorce proceeding in which custody of the couple's two children is at issue.  In that proceeding there are several motions

pending, including Mr. Simes' motion to compel psychiatric examinations of himself and his wife. Assuming his motion is granted, the outcome of the psychiatric examination, as well as the related custody determination, may be relevant to the Pretrial Sentence Report and the Court's sentencing decision.

5. Second, following the plea hearing in this matter, Mr. Simes was terminated from his employment. As a result, he requires additional time to secure ongoing employment and plan for repayment of the tax obligations that he has agreed to satisfy as a part of the resolution in this case. His employment will, in part, depend on his ability to maintain his law license or to, at a minimum, limit any suspension of that license. Mr. Simes is in the process of working with licensing counsel to address those issues which may also be relevant to the Pretrial Sentencing Report and the Court's sentencing decision.

6. No prior sentencing adjournment has been sought by Mr. Simes.

7. For these reasons, and given the importance of this Court's sentencing decision, Mr. Simes requests an adjournment for the purpose of gathering relevant information and planning for the possible sentencing outcomes.

WHEREFORE, based on the foregoing, Mr. Simes respectfully requests that the Court adjourn sentencing until late August or early September, to a date and time convenient to the Court.

Dated:          March 23, 2026
                Saratoga Springs, New York

HODGSON RUSS LLP
*Attorneys for Michael Simes*

By:  /s/Michelle L. Merola
        Michelle L. Merola
     60 Railroad Place, Suite 300
     Saratoga Springs, New York 12866
     518.736.2917
     *mmerola@hodgsonruss.com*

## **CERTIFICATION**

I hereby certify that on March 23, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Kathleen E. Dion*
Kathleen E. Dion

- 3 -